IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | | |
|---|---|---|
| IN RE: | : | |
| EBIN M. RUSSELL | : | BK. No. 1:19-bk-02386-HWV |
| AKA EBIN MALIK RUSSELL | : | |
| GLYNIS DENISE RUSSELL | : | Chapter No. 13 |
| Debtors | : | |
| | : | |
| FREEDOM MORTGAGE CORPORATION | : | |
| Movant | : | |
| v. | : | 11 U.S.C. §362 |
| EBIN M. RUSSELL | : | |
| AKA EBIN MALIK RUSSELL | : | |
| GLYNIS DENISE RUSSELL | : | |
| Respondents | : | |

## ORDER

Upon consideration of the Stipulation by and between Phelan Hallinan Diamond & Jones, LLP counsel for the Movant, **FREEDOM MORTGAGE CORPORATION**, and Paul Donald Murphy-Ahles, Esquire, counsel for the Debtors, settling the Motion for Relief from the Automatic Stay is hereby approved. A further Order of the Court shall be necessary to lift the Automatic Stay.

Dated: February 27, 2020

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (LS)