United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Ebin M. Russell  
Glynis Denise Russell  
    Debtors

Case No. 19-02386-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Jul 02, 2024      Form ID: 3180W      Total Noticed: 58

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ebin M. Russell, Glynis Denise Russell, 1605 Galen Road, Harrisburg, PA 17110-3225 |
| 5206054 | | Capital One Bank / Kohl's, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 5229400 | | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department, 10500, KINCAID DRIVE, FISHERS IN 46037 |
| 5442408 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: Q3GTBI | Jul 02 2024 22:39:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | EDI: PRA.COM | Jul 02 2024 22:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5210099 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jul 02 2024 18:38:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 5206049 | | Email/Text: bncnotifications@pheaa.org | Jul 02 2024 18:38:00 | AES / PHEAA, PO Box 2461, Harrisburg, PA 17105-2461 |
| 5211279 | ^ | MEBN | Jul 02 2024 18:37:18 | American Education Services, PO Box 8183, Harrisburg, PA 17105-8183 |
| 5206050 | ^ | MEBN | Jul 02 2024 18:37:41 | Apothaker Scian, PC, 520 Fellowship Road, Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 5206051 | + | Email/Text: bk@avant.com | Jul 02 2024 18:38:00 | Avant, 222 North LaSalle Street #1700, Chicago, IL 60601-1101 |
| 5206053 | | Email/Text: collectionsbankruptcy@belco.org | Jul 02 2024 18:38:00 | Belco Community Credit Union, 449 Eisenhower Boulevard, Harrisburg, PA 17111 |
| 5206052 | | EDI: BANKAMER | Jul 02 2024 22:39:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5224601 | | EDI: Q3GTBI | Jul 02 2024 22:39:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5206056 | | Email/Text: bankruptcy@cavps.com | Jul 02 2024 18:38:00 | Cavalry Portfolio Services, PO Box 27288, Tempe, AZ 85285 |
| 5209949 | | EDI: CAPITALONE.COM | Jul 02 2024 22:39:00 | Capital One Bank (USA), N.A., by American |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5206055 | | EDI: CAPITALONE.COM | Jul 02 2024 22:39:00 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5218411 | | Email/PDF: bncnotices@becket-lee.com | Jul 02 2024 18:43:12 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5221274 | + | Email/Text: bankruptcy@cavps.com | Jul 02 2024 18:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5206059 | | EDI: CITICORP | Jul 02 2024 22:39:00 | DSNB / Macy's, PO Box 8218, Mason, OH 45040 |
| 5232897 | | EDI: Q3G.COM | Jul 02 2024 22:39:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5208032 | | EDI: DISCOVER | Jul 02 2024 22:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5206058 | | EDI: DISCOVER | Jul 02 2024 22:39:00 | Discover Financial Services, LLC, PO Box 3025, New Albany, OH 43054-3025 |
| 5295320 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 02 2024 18:38:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5295321 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 02 2024 18:38:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408, ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5206061 | | Email/Text: bankruptcydepartment@tsico.com | Jul 02 2024 18:38:00 | EOS CCA, PO Box 981025, Boston, MA 02298-1025 |
| 5206060 | + | Email/Text: operationsclerk@easypayfinance.com | Jul 02 2024 18:38:00 | Easy Pay / Duvera, PO Box 2549, Carlsbad, CA 92018-2549 |
| 5442409 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 02 2024 18:38:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 5206062 | ^ | MEBN | Jul 02 2024 18:37:39 | Freedom Mortgage Corporation, PO Box 489, Mount Laurel, NJ 08054-0489 |
| 5206063 | ^ | MEBN | Jul 02 2024 18:37:45 | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 5229067 | | EDI: JEFFERSONCAP.COM | Jul 02 2024 22:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5206057 | | EDI: JPMORGANCHASE | Jul 02 2024 22:39:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 5215927 | + | Email/Text: RASEBN@raslg.com | Jul 02 2024 18:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5215246 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2024 18:43:05 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543414 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2024 18:43:08 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5214365 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2024 18:43:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5206064 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2024 18:43:08 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 5214364 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 02 2024 18:43:08 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5206065 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 02 2024 18:38:00 | Midland Funding, LLC, 8875 Aero Drive, Suite 200, PO Box 939069, San Diego, CA 92193-9069 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5206066 | + | Email/Text: Bankruptcies@nragroup.com | Jul 02 2024 18:38:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5206067 | | EDI: AGFINANCE.COM | Jul 02 2024 22:39:00 | OneMain Financial, 601 NW 2nd Street, PO Box 3251, Evansville, IN 47731-3251 |
| 5216921 | + | EDI: AGFINANCE.COM | Jul 02 2024 22:39:00 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 5206069 | | EDI: PRA.COM | Jul 02 2024 22:39:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5232939 | | EDI: PRA.COM | Jul 02 2024 22:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5206070 | | Email/Text: signed.order@pfwattorneys.com | Jul 02 2024 18:38:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5220665 | | Email/Text: bankruptcynotices@psecu.com | Jul 02 2024 18:38:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5206071 | + | Email/Text: bankruptcynotices@psecu.com | Jul 02 2024 18:38:00 | PSECU, 1500 Elmerton Avenue, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5206072 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2024 18:43:05 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5206073 | + | Email/Text: DeftBkr@santander.us | Jul 02 2024 18:38:00 | Santander Bank, NA, 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 5209479 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 02 2024 18:38:00 | Santander Consumer USA Inc, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5206247 | ^ | MEBN | Jul 02 2024 18:38:07 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5206074 | | EDI: SYNC | Jul 02 2024 22:39:00 | Synchrony Bank / Walmart, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5206075 | + | EDI: Q3GTBI | Jul 02 2024 22:39:00 | The Bureaus, Inc., 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 5212386 | | Email/Text: electronicbkydocs@nelnet.net | Jul 02 2024 18:38:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 5206076 | | Email/Text: electronicbkydocs@nelnet.net | Jul 02 2024 18:38:00 | US Department of Education, Attn: Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |
| 5232843 | + | EDI: WFFC2 | Jul 02 2024 22:39:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 5206077 | + | EDI: WFFC2 | Jul 02 2024 22:39:00 | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |
| 5206078 | + | Email/Text: PHILAW@weltman.com | Jul 02 2024 18:38:00 | Weltman, Weinberg & Reis Co., LPA, 170 South Independence Mall West, Suite 874, Philadelphia, PA 19106-3334 |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5216167 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5543413 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

| | | |
|---|---|---|
| 5232539 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5206068 | ##+ | Patenaude & Felix, APC, Southpointe Center, 501 Corporate Drive #205, Canonsburg, PA 15317-8584 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2024  Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com mario.hanyon@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Glynis Denise Russell pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Ebin M. Russell pmurphy@dplglaw.com kgreene@dplglaw.com |
| Thomas Song | on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Ebin M. Russell (First Name, Middle Name, Last Name) | | Social Security number or ITIN: xxx–xx–1399<br>EIN: __–_____ |
| Debtor 2 (Spouse, if filing): Glynis Denise Russell (First Name, Middle Name, Last Name) | | Social Security number or ITIN: xxx–xx–4749<br>EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 1:19-bk-02386-HWV | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ebin M. Russell
aka Ebin Malik Russell

Glynis Denise Russell

7/2/24

**By the court:**

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**