UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Harrisburg)

IN RE:    EBIN M RUSSELL               CASE NO:   19-02386
              GLYNIS D RUSSELL           CHAPTER:   13

Debtor (s)

### **Change of Address – Notifications for Creditor**

As to Claim  25-1,  Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for Notifications has changed.

Old Notice Address                  New Notice Address

PO Box 130000                      P.O. Box 169005
Raleigh NC 27605                Irving, TX 75016

Please note that the address for payment **has not changed**.  Consult the proof of claim for the payment address.

Creditor Phone Number: 1-888-875-9372
Creditor Email Address:  BKChapter13@WellsFargo.com

    7/17/2024                    /s/ LaDonna Broadway
                                  Bankruptcy Processor
                                  Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (03/15/24)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 1:19-bk-02386-HWV    Doc 78    Filed 07/17/24    Entered 07/17/24 15:06:31    Desc
Main Document      Page 1 of 2

<u>**CERTIFICATE OF SERVICE**</u>

Middle District of Pennsylvania (Harrisburg)

IN RE:     EBIN M RUSSELL                  CASE NO:   19-02386
                 GLYNIS D RUSSELL             CHAPTER:   13

     Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that on
_____7/17/2024_____, I served a true and correct copy of the above notice of address change on the
Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not
represented by counsel.

     7/17/2024
_____               /s/ LaDonna Broadway_____
                                 Bankruptcy Processor
                                 Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (03/15/24)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.